```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 06770
    JACQUELINE T STEWARD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6608

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/10/2006 and was confirmed 08/28/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors     .00%.

     The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG    20442.07           .00        20442.07
HOMECOMINGS FINANCIAL      MORTGAGE ARRE    18415.61           .00         8034.15
BONY AS ELT FOR ELABTI     NOTICE ONLY     NOT FILED           .00              .00
AT & T WIRELESS            UNSECURED       NOT FILED           .00              .00
CAPONE BANK                UNSECURED       NOT FILED           .00              .00
AT & T WIRELESS            UNSECURED          576.46           .00              .00
VERIZON                    UNSECURED       NOT FILED           .00              .00
AT & T                     UNSECURED       NOT FILED           .00              .00
GREAT LAKES EDUCATIONAL    SPECIAL CLASS   NOT FILED           .00              .00
HSBC AUTO FINANCE          UNSECURED        22729.24           .00              .00
MORTGAGE ELECTRONIC REGI   UNSECURED       NOT FILED           .00              .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED           .00              .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED           .00              .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED           .00              .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED           .00              .00
MIDWEST CREDIT             UNSECURED       NOT FILED           .00              .00
LAKELAND RADIOLOGY         UNSECURED       NOT FILED           .00              .00
AT&T WIRELESS              UNSECURED       NOT FILED           .00              .00
SPIEGEL                    UNSECURED       NOT FILED           .00              .00
AT & T WIRELESS            UNSECURED       NOT FILED           .00              .00
B-LINE LLC                 UNSECURED         1669.68           .00              .00
B-LINE LLC                 UNSECURED         3693.03           .00              .00
HOMECOMINGS FINANCIAL NE   NOTICE ONLY     NOT FILED           .00              .00
ECMC                       SPECIAL CLASS    33091.10           .00              .00
JOSEPH P DOYLE             DEBTOR ATTY      3,000.00                       3,000.00
TOM VAUGHN                 TRUSTEE                                         2,059.78
DEBTOR REFUND              REFUND                                          1,600.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 06770 JACQUELINE T STEWARD
```

```
TRUSTEE                                      35,136.00

PRIORITY                                                              .00
SECURED                                                         28,476.22
UNSECURED                                                             .00
ADMINISTRATIVE                                                   3,000.00
TRUSTEE COMPENSATION                                             2,059.78
DEBTOR REFUND                                                    1,600.00
                                           ----------------  ----------------
TOTALS                                       35,136.00          35,136.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 10/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE